Catalina J. Sugayan
**CLYDE & CO US LLP**
55 West Monroe Street, Suite 3000
Chicago, IL 60603
Telephone: (312) 635-6917
Facsimile: (312) 635-6950
Email: Catalina.Sugayan@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London, subscribing severally and not jointly to Slip Nos. CU 1001 and K 66034 issued to the Roman Catholic Archbishop of San Francisco, and Nos. K 78138 and CU 3061 issued to the Roman Catholic Bishop of Oakland*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California Corporation sole,<br><br>Debtor. | Case No.: 23-40523<br><br>Chapter 11<br><br>Hon. William J. Lafferty<br><br>**NOTICE OF WITHDRAWAL OF NOTICE OF APPERANCE AND REQUEST FOR NOTICE** |
| THE ROMAN CATHOLIC BISHOP OF OAKLAND,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC INDEMNITY, a Delaware corporation; INSURANCE COMPANY OF AMERICA, a Delaware corporation; AETNA INSURANCE COMPANY, a Delaware corporation, TRAVELERS INSURANCE COMPANY, a Delaware corporation; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO SYNDICATES 2623 (AFB) AND 623 (AFB), a foreign organization; INSURANCE COMPANY OF NORTH AMERICA, a Delaware corporation, ACE LIMITED, a foreign organization, UNITED STATES FIRE INSURANCE, a Delaware Corporation; EMPLOYERS REINSURANCE, a | Adv. Proc. Case No.: 23-04028 |

NOTICE OF WITHDRAWAL

Case: 23-04028    Doc# 33    Filed: 07/27/23    Entered: 07/27/23 13:14:47    Page 1 of 2

| | |
|---|---|
| 1 | Delaware corporation, CNA INSURANCE COMPANY, a Delaware corporation, PACIFIC EMPLOYERS INSURANCE, a Delaware corporation, WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania Corporation, and the CALIFORNIA INSURANCE GAURANTEE ASSOCIATION, a state entity |
| | Defendants. |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Certain Underwriters at Lloyd's, London, subscribing severally and not jointly to Slip Nos. CU 1001 and K 66034 issued to the Roman Catholic Archbishop of San Francisco, and Nos. K 78138 and CU 3061 issued to the Roman Catholic Bishop of Oakland, hereby withdraw the Notice of Appearance and Request for Notice of Catalina J. Sugayan filed on July 27, 2023 as ECF Doc. No. 32.

Dated: July 27, 2023                     **CLYDE & CO US LLP**

*/s/ Catalina J. Sugayan*
Catalina J. Sugayan

*Counsel for Certain Underwriters at Lloyd's, London subscribing severally and not jointly to Slip Nos. CU 1001 and K 66034 issued to the Roman Catholic Archbishop of San Francisco, and Nos. K 78138 and CU 3061 issued to the Roman Catholic Bishop of Oakland*