MICHAEL D. COMPEAN, State Bar No. 125106
FREDERICK G. HALL, State Bar No. 130465
**BLACK, COMPEAN & HALL**
A Limited Liability Partnership
275 E. Hillcrest Drive, Suite 160-1021
Thousand Oaks, CA 91360
(818) 835-9500
(888) 704-6023 FAX

Attorneys for Defendant,
California Insurance Guarantee Association

| | |
|---|---|
| In Re: | **Chapter 11** |
| THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole | **Case No.: 23-40523 WJL** |
| Debtor, | |
| THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole | **Adversary Case No.: 23-04028 WJL** |
| Plaintiff | **NOTICE OF HEARING ON MOTION OF DEFENDANT CALIFORNIA INSURANCE GUARANTEE ASSOCIATION TO DISMISS ADVERSARIAL COMPLAINT OR ALTERNATIVELY FOR A MORE DEFINITE STATEMENT UNDER FEDERAL RULES OF BANKRUPTCY PROCEDUE RULE 7012 (b) AND FEDERAL RULES OF CIVIL PROCEDURE RULE 12(b)(6) OR ALTERNATIVELY FOR A MORE DEFINITE PLEADINGS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(e)** |
| v. | |
| PACIFIC INDEMNITY INSURANCE COMPANY OF AMERICA, AETNA INSURANCE COMPANY, TRAVELERS INSURANCE COMPANYM CERTAIN UNDERWRITERS OF LLOYDS OF LONDON SUBSCRIBING TO SYNDICATES 2623 (AFB) AND 632 (AFB), INSURANCE COMPANY OF NORTH AMERICA, ACE LIMITED, UNITED STATES FIRE INSURANCE, EMPLOYERS REINSURANCE, CAN INSURANCE COMPANY, PACIFIC EMPLOYERS INSURANCE, WESTCHESTER FIRE INSURANCE COMPANY AND CALIFORNIA INSURANCE GUARANTEE ASSOCIATION | Hearing Judge: Hon. William J Lafferty, III<br>Objections Due: October 25, 2023<br>Hearing Date: November 8, 2023<br>Courtroom: 220<br>Time: 10:30 a.m<br>Location: 1300 Clay Street, Oakland, CA 94612 |
| Defendants. | |

TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a hearing on Defendant California Insurance Guarantee Association's (hereinafter "CIGA") Motion to Dismiss the First Amended Adversarial Complaint of Plaintiff Roman Catholic Bishop of Oakland (hereinafter "Plaintiff or "RCBO") for Declaratory Judgment Relief and Breach of Contract (Docket. No. 2) for failure to state a claim upon which relief can be granted, pursuant to Rule 7012(b) of the Federal Bankruptcy Rule of Procedure and Rule 12(b)(6) of the Federal Rules of Civil Procedure, or alternatively, for an order requiring RCBO to submit a second amended complaint setting forth a more particular statement of the basis for the claims asserted against CIGA under Federal Rules of Civil Procedure, Rule 12(e) and Federal Bankruptcy Rules, Rule 7012(b) shall take place on **November 8, 2023 at 10:30 a.m.**, or as soon thereafter as the matter may be heard, before the Honorable William J. Lafferty, United States Bankruptcy Judge, in Courtroom 220, 1300 Clay Street, Oakland, California 94612.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Local Rule 7007-1(b), any opposition to the Motion should be in writing and filed and served not later than 14 days before the date set for the hearing. The Court may disregard any opposition that is not timely filed and served and may grant the relief requested in this Motion without considering any untimely oppositions.

Dated: September 26, 2023            BLACK, COMPEAN & HALL, L.L.P.


            _/s/ Frederick Hall_____

            By: Michael D. Compean
                Frederick G. Hall

            Attorneys for Defendant CALIFORNIA
            INSURANCE GUARANTEE
            ASSOCIATION